IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FRANCISCO PABLO JUAN,

Petitioner,

vs.

WARDEN, MCCOOK, et al.,

Respondents.

8:26-CV-647

ORDER

IT IS ORDERED that the petitioner's objection (filing 14) to the federal respondents' motion to extend (filing 7) is overruled as moot.

Dated this 9th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge